UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORENE CAMPOS, | ) | CASE NO. CV 11-2405 AGR |
|                Plaintiff, | ) ) | |
|     vs. | ) ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
|                Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: July 12, 2012

ALICIA G. ROSENBERG
United States Magistrate Judge